IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
        CASE NO 2:08-CV-2402
                      EFM/KMH

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
2009 APR 21  PM 4:13
      CLERK
BY_____ tja _____ DEPUTY
AT KANSAS CITY, KS

RICHARD GREENLEE

V.

VILLAGE SHALOM INC

---

EXTENTION OF TIME


THIS TO THE JUDGES AND THE CLERK OF
THE COURT AND VILLAGE SHALOM INC
THIS DUE TO THE BUGLARY OF YOUR
ATTORNEY'S DOCUMENTS AND
WORKING 9 , 8 HOUR DAYS A WEEK
AND TO ILLNESS . I AM ASKING FOR A 20
DAY EXTENTION OF TIME DUE TO THESE
CAUSES.

        SINCERELY *Richard Greenlee*
        RICHARD GREENLEE

        PO BOX 4029
        OVERLAND PARK , KS
        66204-0029
        PH. 913 972-7838
         PROSE COUNSEL